THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALVAH HUNTER and GEORGE FREMMER, Appellants.

Submitted January 4, 1937; decided January 12, 1937.

*Bernard W. Kearney, District Attorney,* for motion.

*Alvah Hunter* opposed.

Motion granted and appeal dismissed.